SOLIS V. STATE

NO. 07-03-0329-CR

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL C

SEPTEMBER 24, 2003

______________________________

MARCELINO ANDRES SOLIS, APPELLANT

V.

THE STATE OF TEXAS, APPELLEE

_________________________________

FROM COUNTY COURT AT LAW NO. 2 OF POTTER COUNTY;

NO. 102,723; HONORABLE WILLIAM DODSON, JUDGE

_______________________________

Before JOHNSON, C.J., and QUINN and REAVIS, JJ.

MEMORANDUM OPINION

Pending before this Court is appellant’s motion to dismiss his appeal.  Although the motion is signed only by appellant’s attorney, it is accompanied by a copy of a letter written and signed by appellant in which he expresses his intent to dismiss his appeal.  Concluding the motion and attached letter substantially comply with the requirements of Rule 42.2(a) of the Texas Rules of Appellate Procedure, we grant the motion.  No decision of this Court having been delivered, the appeal is dismissed.  No motion for rehearing will be entertained and our mandate will issue forthwith.

Don H. Reavis

    Justice

Do not publish.